Matthew J. Langley, (SBN 342846)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: 312-576-3024
matt@almeidalawgroup.com

John R. Parker, Jr. (SBN 257761)
jrparker@almeidalawgroup.com
**ALMEIDA LAW GROUP LLC**
3550 Watt Avenue, Suite 140
Sacramento, California 95608
t: 916-616-2936

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B.W. and JANE DOE, *individually and on behalf of all others similarly situated*, and<br><br>*Plaintiffs*,<br><br>v.<br><br>SAN DIEGO FERTILITY CENTER MEDICAL GROUP, INC., and IVY FERTILITY SERVICES, LLC.<br><br>*Defendants*. | Case No. 3:24-cv-00237-LL-BLM<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Hearing Date: June 17, 2024<br>Judge: Hon. Linda Lopez<br>Action Filed: February 5, 2024 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiffs respectfully submit this Notice of Errata re Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint filed on June 3, 2024 (ECF 13). Plaintiffs inadvertently did not include the correct Exhibit A to the Opposition. Plaintiffs hereby submit the corrected Exhibit A attached.

**DATED**: June 5, 2024

*/s/ Daniel Srourian*
Daniel Srourian
California Bar No. 285678
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, CA 90010
daniel@slfla.com

Matthew J. Langley
California Bar No. 342846
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: 312-576-3024
matt@almeidalawgroup.com

John R. Parker, Jr.
California Bar No. 257761
**ALMEIDA LAW GROUP LLC**
jrparker@almeidalawgroup.com
3550 Watt Avenue, Suite 140
Sacramento, California 95608
Tel: (916) 616-2936

*Attorneys for Plaintiffs & the Class*

**CERTIFICATE OF SERVICE**

I, Daniel Srourian, hereby certify that on June 5, 2024, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Daniel Srourian*