Brenda R. Sharton (*Pro Hac Vice*)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA 02110-2600
Telephone: (617) 728-7100
Facsimile: (617) 275-8374
brenda.sharton@dechert.com

Theodore E. Yale (*Pro Hac Vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 655-2455
theodore.yale@dechert.com

Benjamin M. Sadun (Bar No. 287533)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Telephone: (213) 808-5700
Facsimile: (213) 808-5760
benjamin.sadun@dechert.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

B.W. and JANE DOE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SAN DIEGO FERTILITY CENTER MEDICAL GROUP, INC. AND IVY FERTILITY SERVICES, LLC.,

Defendants.

Case No.: 3:24-cv-00237-LL-BLM

**UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

No oral argument required per Chambers Rule 3.B

Judge: Hon. Linda Lopez

Action Filed: February 5, 2024

Defendants San Diego Fertility Center Medical Group, Inc. and Ivy Fertility Services, LLC. (collectively "Defendants"), by and through their counsel, file this unopposed motion for leave to file a notice of supplemental authority in support of their pending Motion to Dismiss (ECF No. 12). In support thereof, Defendants state the following facts:

WHEREAS, Defendants believe the Supplemental Authority in Support of Defendants' Motion to Dismiss is helpful and relevant;

WHEREAS, Defendants met and conferred with counsel for Plaintiffs B.W. and Jane Doe (collectively, "Plaintiffs") on Tuesday, July 16, 2024, regarding this *ex parte* motion;

WHEREAS, Plaintiffs do not oppose this *ex parte* motion, they have informed counsel for Defendants that Plaintiffs dispute the relevance of the supplemental authority Defendants cite;

WHEREAS, pursuant to Local Rule 83.3(g), Defendants sent Plaintiffs a draft of this *ex parte* motion on July 25, 2024 and informed them of their intent to file it in this Court imminently.

NOW, THEREFORE, the Defendants move that the Court enter an order granting Defendants' Unopposed *Ex Parte* Motion for Leave to File Notice of Supplemental Authority.

Dated: July 30, 2024

*<u>/s/ Benjamin M. Sadun</u>*

Benjamin M. Sadun (SBN 287533)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071-2032
Tel: (213) 808-5700
Fax: (213) 808-5760
benjamin.sadun@dechert.com

Brenda R. Sharton (admitted *pro hac vice*)
DECHERT LLP
One International Place
100 Oliver Street
Boston, MA 02110-2600
Tel: (617) 728-7100
Fax: (617) 426-6567
brenda.sharton@dechert.com

Theodore E. Yale (admitted *pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 655-2455
theodore.yale@dechert.com

*Counsel for Defendants*