UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe and B.W., individuals,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>San Diego Fertility Clinic, and Ivy Fertility Services,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:24-cv-00237-LL-BLM<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS**<br><br>**[ECF No. 27]** |

　　　Pending before the Court is the parties' Joint Motion to Stay Motions and Deadlines. ECF No. 27. The parties state that they conducted private mediation on September 24, 2024, during which they agreed to a settlement in principle, which they need further time to formalize. *Id.* at 3. The parties request a 30-day stay of all pending motions and deadlines. *Id.* The Court construes the parties' motion as a notice of settlement and hereby sets a deadline of **November 13, 2024** for the parties to file a Joint Motion to Dismiss this case.

**IT IS SO ORDERED.**

Dated: October 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge