Matthew J. Langley (SBN 342846)
John R. Parker, Jr. (SBN 257761)
**ALMEIDA LAW GROUP LLC**
3550Watt Avenue, Suite 140
Sacramento, CA 95821
Tel: (916) 616-2936
matt@almeidalawgroup.com
jrparker@almeidalawgroup.com

Brenda R. Sharton
Benjamin Maxwell Sadun
Theodore E. Yale
**DECHERT, LLP**
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
213-808-5700
brenda.sharton@dechert.com
benjamin.sadun@dechert.com
theodore.yale@dechert.com

Daniel Z. Srourian (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Boulevard
Suite 1710
Los Angeles, CA 90010
213-474-3800
daniel@slfla.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B.W. and JANE DOE, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO FERTILITY CENTER MEDICAL GROUP, INC. AND IVY FERTILITY SERVICES, LLC.,<br><br>Defendants. | Case No. 3:24-cv-00237-LL-BLM<br><br>**JOINT MOTION TO EXTEND DISMISS WITHOUT PREJUDICE**<br><br>Judge: Hon. Linda Lopez<br>Magistrate Judge: Hon. Barbara Lynn Major<br><br>Action Filed: February 5, 2024 |

## JOINT MOTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Southern District of California Local Rules 7.2, Hon. Linda Lopez's Civil Chambers Rules 6 and 7 and Hon. Barbara Lynn Major's U.S. Magistrate Judge Chambers Rule E, Plaintiffs B.W. and Jane Doe ("Plaintiffs") and Defendants San Diego Fertility Center Medical Group, Inc. and Ivy Fertility Services, LLC ("Defendants") (collectively the "Parties") by and through their undersigned counsel, submit the following joint motion and stipulate as follows:

1. On September 24, 2024, the Parties conducted private mediation with the Honorable Jay C. Gandhi, during which they agreed to a settlement in principle.

2. On October 10, 2024, the Parties filed a Joint Motion to Stay Motions and Deadlines in order to finalize their settlement discussions. (DKT. 27).

3. On October 15, 2024, the Court entered an Order Confirming Settlement and Setting Deadline to File Joint Motion to Dismiss, which set a deadline of November 13, 2024, for the Parties to file a joint motion to dismiss this case. (DKT. 28).

4. On November 13, 2024, the Parties filed a Joint Motion to Extend the foregoing deadline to file a joint motion to dismiss and the Court entered an Order granting the Parties' request (DKTS. 29 & 30), setting the deadline to file a joint motion to dismiss for December 13, 2024, and setting a Settlement Disposition Conference for December 19, 2024, if the fully executed joint motion for dismissal was not filed.

5. The Parties hereby jointly move the Court to dismiss this action in its entirety without prejudice.

6. The Parties respectfully request this Court grant this motion and vacate the Settlement Disposition Conference.

7. On December 13, 2024, Plaintiffs' counsel conferred with Defense counsel who join in this request.

**NOW, THEREFORE**, based on the foregoing stipulation, and for all the reasons set forth above, the Parties jointly move this Court for an Order dismissing Plaintiffs B.W.'s and Jane Doe's claims against Defendants San Diego Fertility Center Medical Group, Inc. and Ivy Fertility Services, LLC without prejudice and vacating the Settlement Disposition Conference for December 19, 2024.

Dated: December 13, 2024   **ALMEIDA LAW GROUP LLC**

/s/ *Matthew J. Langley*
Matthew J. Langley (SBN 342846)
John R. Parker, Jr. (SBN 257761)
ALMEIDA LAW GROUP LLC
3550 Watt Avenue, Suite 140
Sacramento, CA 95821
Tel: (916) 616-2936
matt@almeidalawgroup.com
jrparker@almeidalawgroup.com

Dated: December 13, 2024   **DECHERT, LLP**

/s/ *Benjamin Maxwell Sadun*
Benjamin Maxwell Sadun, *Esq.*
Brenda R. Sharton, *Esq.*
Theodore E. Yale, *Esq.*
DECHERT, LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
213-808-5700
brenda.sharton@dechert.com
benjamin.sadun@dechert.com

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

theodore.yale@dechert.com

## **ATTESTATION OF FILER**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 13, 2024          **ALMEIDA LAW GROUP LLC**

                                  /s/ Matthew J. Langley