UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe and B.W., individuals,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>San Diego Fertility Clinic, and Ivy Fertility Services,<br><br>　　　　　　　　　Defendants. | Case No.: 3:24-cv-00237-LL-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 31]** |

　　　Pending before the Court is the parties' Joint Motion to Dismiss this action in its entirety without prejudice. ECF No. 31. The Court hereby **GRANTS** the parties' Motion to Dismiss and **DISMISSES** this action. The Clerk of Court is **ORDERED** to close this case.

**IT IS SO ORDERED.**

Dated:  December 16, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　　United States District Judge